AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case: 1:21-mj-00453 |
| | ) Assigned to: Judge Harvey, G. Michael |
| | ) Assign Date: 5/28/2021 |
| STEPHANIE M. BAEZ | ) Description: COMPLAINT W/ ARREST WARRANT |
| DOB: XXXXXX | ) |
| *Defendant* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____January 6, 2021_____ in the county of _____ in the

_____ in the District of ___Columbia___ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1752(a)(1), (2)—Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority | |
| 40 U.S.C. § 5104(e)(2)(D), (G)—Violent Entry and Disorderly Conduct on Capitol Grounds | |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Jessica Salo, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date:   ___May 28, 2021___     _____
*Judge's signature*

City and state:   ___Washington, D.C.___     G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*