AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>STEPHANIE M. BAEZ<br>*Defendant* | ) Case: 1:21-mj-00453<br>) Assigned to: Judge Harvey, G. Michael<br>) Assign Date: 5/28/2021<br>) Description: COMPLAINT W/ ARREST WARRANT<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Stephanie M. Baez,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1), (2) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority
40 U.S.C. § 5104(e)(2)(D), (G) - Violent Entry and Disorderly Conduct on Capitol Grounds

Date: May 28, 2021

Digitally signed by G. Michael Harvey
Date: 2021.05.28 16:52:52 -04'00'

*Issuing officer's signature*

City and state:   Washington, D.C.          G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* June 1, 2021, and the person was arrested on *(date)* June 4, 2021
at *(city and state)* Huntsville, Alabama.

Date: June 4, 2021
11:45 AM

*Arresting officer's signature*

Special Agent Paul H. Wendorf
*Printed name and title*